UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-06699-SVW-JCGx | Date | November 19, 2010 |
|---|---|---|---|
| Title | SABR Mortgage Loan v. Diana Marquez | | |

**\*\*REISSUED\*\***

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER re Order to Show Cause

"This Court has the duty to consider subject matter jurisdiction *sua sponte* in every case, whether the issue is raised by the parties or not."  See Spencer Enterprises, Inc. v. United States, 345 F.3d 683, 687 (9th Cir. 2003).

On September 9, 2010, Marquez filed a Notice of Removal from Los Angeles Superior Court. Marquez alleges there is federal question jurisdiction.

Title 28, U.S.C. §1446(b) states:

> "The notice of removal of a civil action or proceeding shall be filed within **thirty days** after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

28 U.S.C. §1446(b).

Defendant has not attached the original summons and complaint.  There was no indication when Marquez received the first state pleading.  It is therefore unclear whether this Notice was timely filed within 30 days of Marquez's receipt of the first state pleading.  It is also unclear whether the original claim was removable under 28 U.S.C. §1446.

The Court, on its own motion, hereby orders Marquez to show cause in writing why this action should not be dismissed as to her claim for lack of jurisdiction.

Defendant's response is due within ten (10) days of this Order.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |